UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Wilfredo BARTIDAS, | Case No.: 26-cv-3068-AGS-DEB |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Christopher LaROSE, | |
| Respondent. | |

Petitioner Wilfredo Bartidas seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondent "does not oppose the petition." (ECF 4, at 2.) The Court thus **GRANTS** the petition and orders that petitioner receive a bond hearing pursuant to 8 U.S.C. § 1226(a) by June 10, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 27, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-3068-AGS-DEB